UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Todd M. Horstkotte

v.                                    Civil No. 08-cv-61-JL

NH Department of Corrections, Commissioner et al.

## ORDER

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $10.80 is due no later than March 25, 2008. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted when the amount in the account exceeds $10.00 until the sum of $350 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Dated: February 25, 2008

cc:    Todd M. Horstkotte