UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Todd M. Horstkotte

    v.                    Civil No. 08-00061-JL

NH Department of Corrections,
Commissioner et al.

**O R D E R**

The plaintiff's request for preliminary injunctive relief is referred to the Magistrate Judge to conduct a hearing and issue a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1)(b).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: May 14, 2008

cc: Todd M. Horstkotte, pro se
    NH Department of Corrections