UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Todd M. Horstkotte

v.                                                   Civil No. 08-cv-61-JL

NH Department of Corrections, Commissioner et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated 5/5/08, no objection having been filed.

SO ORDERED.

June 10, 2008                          */s/ Joseph N. Laplante*
                                       Joseph N. Laplante
                                       United States District Judge

cc:    Todd M. Horstkotte, Pro se
       Deborah B. Weissbard, Esq.