UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Todd Horstkotte

      v.                                      Civil No. 08-cv-61-JL

NHDOC, Commissioner

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The exhibits to the objection to R&R in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Objection to R&R.  Therefore, because good cause exists to prohibit a non-party from obtaining remote electronic access to the Objection to R&R, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                            */s/ James R. Muirhead*
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: September 4 , 2008

cc:    Todd Horstkotte, Pro se
        Deborah Weissbard, Esq.