UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Todd M. Horstkotte

        v.                               Civil No. 08-cv-61-JL

NH Department of Corrections, Commissioner, et al.


O R D E R

After due consideration of the objection and response filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 18, 2008.

SO ORDERED.

September 16, 2008

_____
Joseph N. Laplante
United States District Judge


cc:    Deborah Weissbard, Esq.
       Todd M. Horstkotte, pro se